## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT SHOTTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Cause No.: 1:19-cv-1186-JPH-DML |
| v. | ) |
| | ) |
| BUCHER & CHRISTIAN CONSULTING, INC. d/b/a BCFORWARD, | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION FOR COURT
## APPROVAL OF SETTLEMENT AND DISMISSAL OF COMPLAINT

NOW COMES Plaintiff Robert Shotts ("Shotts") and Defendant Bucher & Christian Consulting, Inc. d/b/a BC*forward* ("Defendant") (collectively "the Parties"), by and through their respective attorneys, jointly move for the Court to approve the settlement entered between the Parties. In support of the motion, the Parties state as follows:

1. Plaintiff filed a complaint against Defendant alleging violations of the Fair Labor Standards Act ("FLSA"), retaliation under the FLSA, violations of the Indiana Wage Claim Statute and breach of contract arising out of his former employment with Defendant.

2. Following negotiations between counsel for Defendant and counsel for Plaintiff, the Parties have reached a mutually satisfactory settlement.

3. When an employee asserts a claim against his employer or former employer for wages under the FLSA, any settlement of that claim requires a court to review the settlement for fairness. *Walton v. United Consumers Club Inc.,* 786 F2d 303, 306 (7th Cir. 1986).

4. Attached hereto as Exhibit A is the Settlement Agreement and General Release entered into between Defendant and Plaintiff.

5. The Parties request the Court approve the Settlement Agreement because it is a fair and reasonable resolution of the bona fide disputes over wages, attorney fees, and penalties under the FLSA and Plaintiff's remaining claims.

6. Upon approval of the Settlement Agreement, the Parties further request the dismissal of this suit in total, and with prejudice, with each party to bear its or his or her own costs and attorneys' fees, except as otherwise agreed.

WHEREFORE, for the foregoing reasons, Plaintiff and Defendants respectfully request that this Court enter an Order approving the Settlement Agreement as a fair and reasonable resolution of bona fide disputes under the FLSA and dismiss this suit as set forth above and with each party to bear the costs and attorneys' fees, except as otherwise agreed.

Respectfully submitted,

| | |
|---|---|
| /s/ Paul J. Cummings (*w/permission*) | /s/ Robert F. Seidler |
| Paul J. Cummings | Robert F. Seidler |
| HENN HAWORTH CUMMINGS & PAGE | JACKSON LEWIS P.C. |
| 1634 W. Smith Valley Road – Suite B | 211 N. Pennsylvania Street |
| Greenwood, IN 46142 | Suite 1700 |
| Phone (317) 885-0041 | Indianapolis, IN 46204 |
| Fax (317) 308-6503 | Phone (317) 489-6930 |
| Paul.Cummings@HHCFirm.com | Fax (317) 489-6931 |
| | robert.seidler@jacksonlewis.com |
| Attorney for Plaintiff | Attorney for Defendant |

4816-4699-2279, v. 1