UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ROBERT SHOTTS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:19-cv-01186-JPH-DML |
| BUCHER & CHRISTIAN CONSULTING, INC. d/b/a BCFORWARD, | ) ) ) ) |
| Defendant. | ) |

**ORDER APPROVING SETTLEMENT AND DISMISSING CASE**

The Court has reviewed the terms of the settlement reached by the parties and approves it as a fair and reasonable settlement of a bona fide dispute over the provisions of the Fair Labor Standards Act. The parties' joint motion for court approval of the settlement, dkt. [13], is therefore **GRANTED**. This case is **DISMISSED with prejudice** with each party to bear its own attorneys' fees and costs except as otherwise agreed.

**SO ORDERED.**

Date: 5/29/2019

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Paul J. Cummings
HENN HAWORTH CUMMINGS & PAGE
Paul.Cummings@HHCFirm.com

Robert F. Seidler
JACKSON LEWIS PC (Indianapolis)
robert.seidler@jacksonlewis.com